# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>BARRY R. BEKKEDAM,<br><br>Defendant. | CIVIL ACTION<br><br>NO. 2:14-cv-02488-NIQA<br><br><u>JURY TRIAL DEMANDED</u> |

### PLAINTIFF'S RESPONSE TO THE APPLICATION OF THE <u>UNITED STATES TO INTERVENE AND STAY PROCEEDINGS</u>

Plaintiff Securities and Exchange Commission (the "Commission") submits this response to advise the Court that the Commission does not oppose the Application of the United States to Intervene and Stay Proceedings (Doc. No. 19).

Dated: April 23, 2015

Respectfully submitted,

BY: <u>s/ Christopher R. Kelly</u>
G. Jeffrey Boujoukos
Christopher R. Kelly
Securities and Exchange Commission
Philadelphia Regional Office
1617 JFK Boulevard, Suite 520
Philadelphia, PA 19103
Telephone: (215) 597-3100
Facsimile: (215) 597-2740

# CERTIFICATE OF SERVICE

I hereby certify, this twenty-third day of April, 2015, that I caused to be served a true and correct copy of the foregoing through the Court's electronic filing system upon the following:

    Russell D. Duncan, Esq.
    Shulman, Rogers, Gandal, Pordy & Ecker, P.A.
    12505 Park Potomac Avenue, 6th Floor
    Potomac, MD  20854

    Michael J. Engle, Esq.
    Greenblatt, Pierce, Engle, Funt & Flores
    123 S. Broad Street, Suite 2500
    Philadelphia, PA 19109

    David J. Ignall, Esq.
    U.S. Attorney's Office
    615 Chestnut Street, Suite 1250
    Philadelphia, PA 19106

    s/ Christopher R. Kelly
    Christopher R. Kelly