# EXHIBIT A



UNITED STATES
SECURITIES AND EXCHANGE COMMISSION
PHILADELPHIA REGIONAL OFFICE
MELLON INDEPENDENCE CENTER
701 MARKET STREET, SUITE 2000
PHILADELPHIA, PENNSYLVANIA 19106-1532

KELLY L. GIBSON
SENIOR COUNSEL
(215) 597-3258
GibsonKL@sec.gov

August 4, 2011

**VIA UPS**

David Axelrod
Assistant United States Attorney
U.S. Attorney's Office
615 Chestnut Street
Suite 1250
Philadelphia, PA 19106

      Re:    **In the Matter of Ballamor Capital Management, Inc. (P-1644)**

Dear David:

      Pursuant to your access request, enclosed please find a copy of the transcript of Todd Howard's testimony in the above matter. Please call me with any questions.

Sincerely,

Kelly L. Gibson
Senior Counsel
Division of Enforcement

USA00023466



**UNITED STATES
SECURITIES AND EXCHANGE COMMISSION
PHILADELPHIA REGIONAL OFFICE
MELLON INDEPENDENCE CENTER
701 MARKET STREET, SUITE 2000
PHILADELPHIA, PENNSYLVANIA 19106-1532**

KELLY L. GIBSON
SENIOR COUNSEL
(215) 597-3258
GibsonKL@sec.gov

August 10, 2012

**VIA UPS**

David Axelrod
Assistant United States Attorney
U.S. Attorney's Office
615 Chestnut Street
Suite 1250
Philadelphia, PA 19106

        Re:    <u>In the Matter of Ballamor Capital Management, Inc. (P-1644)</u>

Dear Dave:

        Pursuant to your access request, enclosed please find a copy of the transcript of Todd Howard's testimony in the above matter. Please call me with any questions.

Sincerely,

Kelly L. Gibson
Senior Counsel
Division of Enforcement

USA00027859



UNITED STATES
SECURITIES AND EXCHANGE COMMISSION
PHILADELPHIA REGIONAL OFFICE
Mellon Independence Center
701 Market Street, Suite 2000
PHILADELPHIA, PENNSYLVANIA 19106-1532

KELLY L. GIBSON
SENIOR COUNSEL
(215) 597-3258
GibsonKL@sec.gov

December 3, 2012

**VIA UPS**

David Axelrod
Assistant United States Attorney
U.S. Attorney's Office
615 Chestnut Street
Suite 1250
Philadelphia, PA 19106

Re: **In the Matter of Ballamor Capital Management, Inc. (P-1644)**

Dear David:

Pursuant to your access request, enclosed please a copy of the transcript of Barry Bekkedam's testimony. Please call me if you have any questions.

Sincerely,

Kelly L. Gibson
Senior Counsel
Division of Enforcement

Enclosure: CD & hard copy

USA00017659



UNITED STATES
SECURITIES AND EXCHANGE COMMISSION
PHILADELPHIA REGIONAL OFFICE
Mellon Independence Center
701 Market Street, Suite 2000
PHILADELPHIA, PENNSYLVANIA 19106-1532

KELLY L. GIBSON
SENIOR COUNSEL
(215) 597-3258
GibsonKL@sec.gov

January 25, 2013

**VIA UPS**

David Axelrod
Assistant United States Attorney
U.S. Attorney's Office
615 Chestnut Street
Suite 1250
Philadelphia, PA 19106

Re: In the Matter of Ballamor Capital Management, Inc. (P-1644)

Dear David:

Pursuant to your access request, enclosed please a copy of Larry Rovin's testimony transcript. Please note that the password for the CD is SECp-1644. Please call me if you have any questions.

Sincerely,

Kelly L. Gibson
Senior Counsel
Division of Enforcement

Enclosure:    CD & hard copy

USA00000806