# EXHIBIT B

Case 2:14-cv-02488-NIQA   Document 22-2   Filed 04/23/15   Page 1 of 14

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>BARRY R. BEKKEDAM,<br><br>Defendant. | CIVIL ACTION<br><br>NO. 2:14-cv-02488-NIQA<br><br>**JURY TRIAL DEMANDED** |

## PLAINTIFF'S INITIAL DISCLOSURES

Pursuant to Federal Rule of Civil Procedure 26(a), and the Court's Order dated July 9, 2014, plaintiff Securities and Exchange Commission (the "Commission"), by and through its undersigned counsel, hereby discloses to defendant Barry R. Bekkedam the initial disclosures required under Federal Rule of Civil Procedure 26(a)(1). The Commission makes these disclosures based upon the Commission's current view of the matter, based on the current state of discovery. The Commission reserves the right to supplement or to amend any or all of these disclosures at any time or from time to time.

- A. Set forth in Exhibit A, attached hereto, is the information required to be disclosed under Federal Rule of Civil Procedure 26(a)(1)(A)(i).

- B. Set forth in Exhibit B, attached hereto, is the information required to be disclosed under Federal Rule of Civil Procedure 26(a)(1)(A)(ii).

- C. The Commission is not seeking damages. The Commission is requesting that defendant Bekkedam pay disgorgement of his ill-gotten gains, together with prejudgment interest. The Commission also is requesting that defendant Bekkedam pay civil penalties pursuant to Section 20(d) of the Securities Act [15 U.S.C. § 77t(d)], Section 21(d)(3) of the Exchange Act [15 U.S.C. § 78u(d)(3)], and Section 209(e) of the Advisers Act [15 U.S.C. § 80b-9]. The Commission also seeks other relief in the complaint in this action.

D. The Commission is not aware of any insurance agreement under which an insurance business may be liable to satisfy all or part of a possible judgment in this action or to indemnify or reimburse for payments made to satisfy the judgment.

Dated: July 23, 2014

*Christopher R. Kelly*

G. Jeffrey Boujoukos (PA Bar No. 67215)
Kelly L. Gibson (PA Bar No. 91753)
Christopher R. Kelly

Attorneys for Plaintiff:

SECURITIES AND EXCHANGE COMMISSION
Philadelphia Regional Office
One Penn Center
1617 JFK Blvd., Ste. 520
Philadelphia, PA 19103
Telephone: (215) 597-3100
Facsimile: (215) 597-2740
KellyCR@sec.gov

## EXHIBIT A

The Commission anticipates that the following individuals are likely to have discoverable information that the Commission may use to support its claims in this action. The Commission reserves the right to supplement or to amend this disclosure at any time or from time to time.

1. Robert Bedwell
   c/o Jane W. Moscowitz, Esq.
   Moscowitz, & Moscowitz, P.A.
   Sabadell Financial Center
   1111 Brickell Avenue, Suite 2050
   Miami, FL 33131
   Telephone: (305) 379-8300

2. Barry R. Bekkedam
   c/o Ellen C. Brotman, Esq.
   Montgomery McCracken Walker & Rhoads LLP
   123 South Broad Street
   Avenue of the Arts
   Philadelphia, PA 19109
   Telephone: (215) 772-1500

   c/o Jacob S. Frenkel, Esq.
   Russell D. Duncan, Esq.
   Shulman, Rogers, Gandal, Pordy & Ecker, P.A.
   12505 Park Potomac Avenue, 6th Floor
   Potomac, MD 20854
   Telephone: (301) 230-5200

3. Diane Bekkedam
   7320 SE Medalist Place
   Hobe Sound, FL 33455

4. Gary Berkowitz
   c/o Jane W. Moscowitz, Esq.
   Moscowitz, & Moscowitz, P.A.
   Sabadell Financial Center
   1111 Brickell Avenue, Suite 2050
   Miami, FL 33131
   Telephone: (305) 379-8300

5. Christopher M. Boyle
   542 Canterbury Road
   Norristown, PA 19403

6. Jessica Brennan
   412 Blythe Avenue
   Drexel Hills, PA 19206

7. Matthew Canno
   c/o Bret M. Binder, Esq.
   Binder & Canno, LLC
   803 W. Market Street
   West Chester, PA 19382
   Telephone: (484) 648-1814

8. Pat Clemens
   c/o Jane A. Kanter, Esq.
   Dechert LLP
   1775 I Street, N.W.
   Washington, DC 20006-2401
   Telephone: (202) 261-3300

9. Barbara Cohen
   2207 Windsor Circle
   Broomall, PA 19008
   Telephone: (215) 530-6227

10. Matthew J. Cohen
    2207 Windsor Circle
    Broomall, PA 19008
    Telephone: (215) 530-6227

11. Alfonse D'Amato
    101 Park Avenue, Suite 2506
    New York, NY 10178
    Telephone: (212) 883-5608

12. Edward DiMarcantonio
    c/o Friedman, Schuman, Applebaum, Nemeroff & Kilkenny, P.C.
    Two Penn Center
    1500 JFK Boulevard, Suite 1030
    Philadelphia, PA 19102
    Telephone: 215-635-7200

13. William C. Dowd
    c/o Peter D. Hardy, Esq.
    Post & Schell, P.C.
    Four Penn Center
    1600 John F. Kennedy Blvd.
    Philadelphia, PA 19103-2808
    Telephone: (215) 587-1000

14. Andre Hakkak
    c/o Jane A. Kanter, Esq.
    Dechert LLP
    1775 I Street, N.W.
    Washington, DC 20006-2401
    Telephone: (202) 261-3300

15. Kathleen Harbeson
    2320 Saint Johns Road
    Malvern, PA 19355

16. Brian Hartline
    c/o Patrick Egan, Esq.
    Fox Rothschild LLP
    2000 Market Street, 20th Floor
    Philadelphia, PA 19103-3222
    Telephone: (215) 299-2000

17. Kim Hartline
    c/o Jack L. Gruenstein, Esq.
    Vaira & Riley, P.C.
    1600 Market Street, Suite 2650
    Philadelphia, PA 19103
    Telephone: (215) 751-2700

18. Andrew Todd Howard

19. Patricia Kavka-Coogan
    c/o Peter D. Hardy, Esq.
    Post & Schell, P.C.
    Four Penn Center
    1600 John F. Kennedy Blvd.
    Philadelphia, PA 19103-2808
    Telephone: (215) 587-1000

20. Todd Kellerman
    c/o Ronald A. Sarachan, Esq.
    Drinker, Biddle & Reath, LLP
    One Logan Square, Ste. 2000
    Philadelphia, PA 19103-6996
    Telephone: (215) 988-2700

21. Douglas Kloppenburg

22. Wendy L. Kore
    1 Lawrence Road
    Broomall, PA 19008

23. Dean Kretschmar
    c/o Maxine K. Streeter, Esq.
    633 South Federal Highway
    Eighth Floor
    Fort Lauderdale, FL 33301
    Telephone: (954) 462-5500

24. Brian Leitstein
    c/o Jane W. Moscowitz, Esq.
    Moscowitz, & Moscowitz, P.A.
    Sabadell Financial Center
    1111 Brickell Avenue, Suite 2050
    Miami, FL 33131
    Telephone: (305) 379-8300

25. George G. Levin
    100 Bay Colony Lane
    Fort Lauderdale, FL 33308
    Telephone: (954) 491-6180

26. Nancy Madison
    908 Northwood Avenue
    Cherry Hill, NJ 08002

27. Ken Masters
    c/o Jane A. Kanter, Esq.
    Dechert LLP
    1775 I Street, N.W.
    Washington, DC 20006-2401
    Telephone: (202) 261-3300

28. Rob McCord
    c/o Karen Keating Mara, Esq.
    Keating Mara & Associates LLC
    1200 Liberty Ridge Drive, Suite 210
    Wayne, PA 19087
    Telephone: (610) 710-1902

29. Hillary Musser
    c/o Steven M. Coren, Esq.
    Kaufman, Coren & Ress, P.C.
    Two Commerce Square
    Suite 3900
    2001 Market Street
    Philadelphia, PA 19103
    Telephone: (215) 735 8700

30. Thomas J. Patterson
    c/o Richard D. Linderman, Esq.
    Jamie V. Ottaviano, Esq.
    O'Donnell, Weiss & Mattei, P.C.
    41 East High Street
    Pottstown, PA 19464
    Telephone: (610) 323-2800

31. Frank Preve
    c/o Robert C. Josefsberg, Esq.
    Ramon A. Rasco, Esq.
    Podhurst Orseck, P.A.
    City National Bank Bldg.
    25 West Flagler Street, Suite 800
    Miami, FL 33130
    Telephone: (305) 358-2800

32. Scott Rothstein
    c/o Marc S. Nurik, Esq.
    Law Offices of Marc S. Nurik
    1 East Broward Blvd., Ste. 700
    Fort Lauderdale, FL 33301
    Telephone: (954) 745-5849

33. Larry Rovin
    c/o Anne C. Flannery, Esq.
    Law Offices of Anne Flannery
    1835 Market Street, Suite 2700
    Philadelphia, PA 19103
    Telephone: (215) 636-9002

34. Thomas A. Schirmer
    c/o Richard A. Levan, Esq.
    Susan M. Kennedy, Esq.
    Wiggin and Dana LLP
    Two Liberty Place
    50 S. 16th Street, Suite 2925
    Philadelphia, PA 19102
    Telephone: (215) 988-8310

35. Michael Selverne
    149 Treetops Lane
    Asheville, NC 28803

36. Hal Smolinsky
    216 E. Chelsea Circle
    Newtown Square, PA 19073

37. Rosalyn Smolinsky
    216 E. Chelsea Circle
    Newtown Square, PA 19073

38. Irene Stay
    c/o Brian Tannebaum, Esq.
    Tannebaum Weiss, PL
    150 West Flagler Street, PH
    Miami, FL 33130
    Telephone: (305) 374-7850

39. E. Chester Stokes, Jr.
    4315 Pablo Oaks Court, STE 1
    Jacksonville, FL 32224
    Telephone: (904) 482-1120

40. Linda F. Stokes
    4315 Pablo Oaks Court, STE 1
    Jacksonville, FL 32224
    Telephone: (904) 482-1120

41. David Swartz
    c/o William A. DeStefano, Esq.
    Stevens & Lee
    1818 Market Street, 29th Floor
    Philadelphia, PA 19103
    Telephone: (215) 575-0100

42. Michael Szafranski
    c/o Alex Arteaga-Gomez, Esq.
    Scott A. Srebnick, P.A.
    201 S. Biscayne Blvd., Suite 1380
    Miami, FL 33131
    Telephone: (305) 285-9019

43. John B. Thompson, II
    1029 Plandome Road
    Plandome, NY 11030
    Telephone: (212) 980-4054

44. Debra Villegas, Register Number 91426-004
    FCI Coleman Medium
    Federal Correctional Institution
    846 NE 54th Terrace
    Sumterville, FL 33521
    Telephone: (352) 689-5000

45. Douglas Von Allmen
    c/o Maxine K. Streeter, Esq.
    633 South Federal Highway
    Eighth Floor
    Fort Lauderdale, FL 33301
    Telephone: (954) 462-5500

46. Elizabeth Walsh
    1119 Bon Air Road
    Havertown, PA 19083-3212

47. Tim Wray
    c/o Ronald A. Sarachan, Esq.
    Drinker, Biddle & Reath, LLP
    One Logan Square, Ste. 2000
    Philadelphia, PA 19103-6996
    Telephone: (215) 988-2700

48. Investors in the Banyon Income Fund, LP, including those individuals set forth in the Excel spreadsheet bearing Bates numbers Bllmr00000012-014.[1]

---

[1] The last known contact information for certain of these individuals is as follows: William and Claire A. Annechini, Jr., 205 Clothier Road, Phoenixville, PA 19460; Marc H. Smith, c/o Richard A. Levan, Esq. and Susan M. Kennedy, Esq., Wiggin and Dana LLP, Two Liberty Place, 50 S. 16th Street, Suite 2925, Philadelphia, PA 19102, Telephone: (215) 988-8310; Cynthia A. and Thomas R. McClure, Judith E. Fellheimer, Esq., Fellheimer & Eichen LLP, 2 Liberty Place, 50 South 16th Street, Suite 3401, Philadelphia, PA 19102, Telephone: (215) 253-6633; and Steven J. and Laura F. Paley, c/o Maxine K. Streeter, Esq., 633 South Federal Highway, Eighth Floor, Fort Lauderdale, FL 33301, Telephone: (954) 462-5500.

## EXHIBIT B

The following is a description by category of documents, electronically stored information, and/or tangible things in the possession, custody, or control of the Commission that is required to be disclosed pursuant to Federal Rule of Civil Procedure 26(a)(1)(A)(ii). Such documents, electronically stored information, and/or tangible things are located at the Commission's Philadelphia Regional Office, One Penn Center, 1617 JFK Blvd., Ste. 520, Philadelphia, PA 19103, the Commission's Miami Regional Office, 801 Brickell Avenue, Ste. 1800, Miami, FL 33131, and/or the Commission's Headquarters, 100 F Street, NE, Washington, DC 20549. The Commission reserves the right to supplement or to amend this disclosure at any time or from time to time.

1. Transcripts of testimony taken before officers of the Commission during its investigation of this matter.

2. Transcripts of testimony taken before officers of the Commission during its investigation of the matter In the Matter of Rothstein, Rosenfeldt and Adler, P.A.

3. Transcripts of testimony taken during the Commission's litigation of the case captioned SEC v. Levin, et al., Case No. 12-cv-21917-UU (S.D. Fl.).

4. Documents, electronically stored information, and/or tangible things provided to the Commission by defendant Barry R. Bekkedam.

5. Documents, electronically stored information, and/or tangible things provided to the Commission by persons or entities other than defendant Barry R. Bekkedam, which includes, but is not limited to:

    a. Anchin, Block
    b. Ballamor Capital Management
    c. Banyon Income Fund
    d. Berenfeld Spritzer Schecter & Sheer
    e. Charles Schwab
    f. Family Endowment Partners
    g. Federal Bureau of Investigations
    h. Federal Reserve Bank of New York
    i. Federal Deposit Insurance Corporation
    j. Internal Revenue Service
    k. Kaufman, Coren & Ress
    l. Douglas Kloppenburg
    m. George G. Levin
    n. Thomas McClure
    o. Hillary Musser
    p. Omni View Capital
    q. Onyx Options Consultants Corp
    r. Frank Preve
    s. NOVA Bank

t. Razorback Funding
u. Stevens & Lee
v. Michael Szafranski
w. TD Bank
x. UBS
y. White Oak Global Advisors

## CERTIFICATE OF SERVICE

I hereby certify, this twenty-third day of July, 2014, that I served a true and correct copy of the foregoing by first-class mail, postage prepaid, upon the following:

Ellen C. Brotman, Esq.
Montgomery McCracken Walker & Rhoads LLP
123 South Broad Street
Avenue of the Arts
Philadelphia, PA 19109

Russell D. Duncan, Esq.
Shulman, Rogers, Gandal, Pordy & Ecker, P.A.
12505 Park Potomac Avenue, 6th Floor
Potomac, MD 20854

_____
Christopher R. Kelly